In the matter of the proceedings under the Mortgage Guaranty Corporations Rehabilitation act affecting the JERSEY MORTGAGE AND TITLE GUARANTY COMPANY, a corporation, et al.

[Decided January 25th, 1940.]

384

*Messrs. McCarter & English,* for the Jersey Mortgage Co.

*Mr. Charles J. Stamler,* for the trustee-petitioner.

PER CURIAM.

The order appealed from will be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Buchanan in the Court of Chancery.

*For reversal*—None.